AMERICAN FEDERATION OF GOVERNMENT EMPLOYEES, et. al., Appellants,

v.

UNITED STATES, Appellee.

Appeal No. 85–2204.

United States Court of Appeals, Federal Circuit.

Jan. 2, 1986.

Stuart A. Kirsch, American Federation of Government Employees, AFL–CIO, College Park, Ga., for appellants. With him on brief was Mark Roth.

Myles E. Eastwood, Asst. U.S. Atty., Atlanta, Ga., for appellee. With him on brief was Larry D. Thompson, U.S. Atty., Atlanta, Ga.

Before RICH, Circuit Judge, COWEN, Senior Circuit Judge, and KASHIWA, Circuit Judge.

COWEN, Senior Circuit Judge.

### DECISION

This is an appeal from an order of the United States District Court for the Northern District of Georgia, Atlanta Division, which was entered on December 21, 1984, in Civil No. C–83–1641A, 622 F.Supp. 1109 (1984). In their suit in the District Court, appellants claimed that Public Law 97–253, title III, § 301(d), 96 Stat. 791, as amended by Public Law 97–346, § 3(h), 96 Stat. 1648, violated their Fifth Amendment rights to due process and equal protection of the laws, and that the regulations of the Office of Personnel Management implementing these statutory enactments violated the Administrative Procedure Act. The District Court granted the appellee's cross-motion for summary judgment and denied appellants' motion for summary judgment.

After a careful consideration of the record, briefs, and the oral arguments of counsel, we affirm the decision of the District Court on the basis of Judge O'Kelley's comprehensive and well-reasoned opinion which is set forth in the order of December 21, 1984.

AFFIRMED

Glen WALKER and Benford Walker, Next Friend of Florence Walker, deceased and Estate of Florence Walker, Appellants,

v.

STATE OF IOWA, Judicial Department of State of Iowa, including Supreme Court, Court of Appeals and Polk County District Court; W.W. Reynoldson, Chief Justice; Thomas J. Miller, Attorney General; Valley National Bank and Trust Co., Administrator of the Estate of Florence Walker and its attorney, Bernard O'Malley, Appellees.

No. 85–1833.

United States Court of Appeals, Eighth Circuit.

Submitted Nov. 4, 1985.

Decided Jan. 7, 1986.

Rehearing and Rehearing En Banc Denied Feb. 20, 1986.

Walker, et al., pro se.

Bernard O'Malley, Des Moines, Iowa, for Valley Nat. Bank.

Brent Appel, Asst. Atty. Gen., for State of Iowa.

Before HEANEY, BOWMAN, and WOLLMAN, Circuit Judges.

PER CURIAM.

Glen and Benford Walker appeal pro se from the district court's dismissal of their civil rights suit for failure to state a claim. They allege that they and their deceased mother, Florence Walker, were deprived of due process of law in state court proceedings concerning the conservatorship of Florence Walker and probate of her will. They also contend that the twenty-first amendment to the Iowa Constitution violates the Federal Constitution because it denies them the right to vote for state judges.

We have carefully reviewed the record and we find appellant's arguments frivolous and without merit. Accordingly, the appeal is dismissed. *See* 8th Cir.R. 12(a).